UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| CHRISTOPHER M. CRAIG,            ) | |
|                                              ) | 2:08-cv-00110-LRH-PAL |
|             Petitioner,          ) | |
|                                              ) | |
| v.                                        ) | |
|                                              ) | O R D E R |
| UNITED STATES OF AMERICA, ) | |
|                                              ) | |
|             Respondent.       ) | |

Before this Court is Report of Findings and Recommendation and Order of U.S. Magistrate Peggy A. Leen (#5[1]) entered on January 24, 2008, recommending dismissal of Petitioner's Motion for Return of Seized Property (#1) and denying Petitioner's Motion for Summary Judgment (#2) filed on January 24, 2008. Petitioner filed his Objections to Magistrate Judge's Findings and Recommendation and Order (Doc. #8) on February 4, 2008.  Petitioner filed a Motion for Return of Property on February 14, 2008 (#9), and Respondents filed their Response to Defendant's Objections to Magistrate Court's Report of Findings and Recommendations on February 20, 2008 (#10), pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections

---

[1] References to (#XX) refer to the court's docket.

of the Petitioner, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report of Findings and Recommendation and Order (#5) entered on January 24, 2008, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report of Findings and Recommendation and Order (#5) entered on January 24, 2008, is adopted and accepted, and Petitioner's Motions for Return of Seized Property (##1 and 9) are DENIED and Petitioner's Motion for Summary Judgment (Doc. #2) is DENIED.

IT IS SO ORDERED.

DATED this 25th day of February, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2